FILED

2018 MAY -7 A 11: 27

CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 18-4467　　　　　　　　　　　　　　　　　　　　DIVISION " "

APRIL BRINKMAN

VERSUS

SECTION 15

CHARMING CHARLIE, LLC

FILED:_____　　CHELSEY RICHARD NAPOLEON
　　　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, **APRIL BRINKMAN**, a person of the full age of majority, who respectfully states as follows:

I.

Made defendant herein is:

a. **CHARMING CHARLIE, LLC**, a corporation licensed to do and doing business in the State of Louisiana.

II.

Jurisdiction and venue is proper because the conduct herein sued upon occurred in Orleans Parish, Louisiana.

III.

Defendant is liable to Plaintiff, to wit:

On or about September 14, 2017, plaintiff, **APRIL BRINKMAN**, received a text message advertisement to her cellular telephone from Defendant.

IV.

This text message advertisement was a solicitation encouraging the Plaintiff to purchase goods from Defendant.

V.

Specifically, the text message encouraged Plaintiff to "score major style points with game day ready accessories and tops! Show your spirit & shop now!"

VI.

Defendant sent Plaintiff numerous other similar text message advertisements.

VERIFIED

Tracy Lafonta 05.08.18

1

VII.

Plaintiff never expressly consented in writing to receive text message advertisements from Defendant on her cellular phone.

VIII.

Defendant's text message advertisements were not addressed to Plaintiff by name, were written in an impersonal manner, and were sent from SMS code "323232."

IX.

Defendant's text message advertisements were sent with an automated telephone dialing system, i.e. it is capable of making numerous text message calls simultaneously and without human intervention.

X.

Upon information and belief, Defendant's practice of sending text message advertisements to consumers is far-ranging and Defendant has sent thousands of such text message advertisements to thousands of consumers.

XI.

Upon information and belief, Defendant knowingly does not obtain the requisite express written consent from any consumer prior to sending these text message advertisements.

XII.

Plaintiff makes this claim on behalf of all similarly situated consumers who have received Defendant's text message advertisements. The number of similarly situated consumers is so numerous that joinder is impracticable; Plaintiff is an adequate representative and her claims are common and typical of the similarly situated consumers; and collective action treatment of their claims is the superior and appropriate means for resolving their disputes with Defendant.

XIII.

Defendant's actions were violations of 47 U.S.C. § 227, *et seq*, also known as the Telephone Consumer Protection Act. Plaintiff seeks for herself and all consumers all statutory damages, including treble damages, available under the law.

XIV.

By sending unauthorized text messages to Plaintiff's phone without consent, Defendant's actions were also violations of La. R.S. 51:1401, *et seq*, also known as the Unfair Trade Practices

and Consumer Protection Law. Plaintiff seeks all remedies available under that Law, including damages and attorney's fees.

**WHEREFORE**, the aforesaid premises considered, Plaintiff prays that Defendant, **CHARMING CHARLIE, LLC** be duly served with a copy of this petition and cited to appear and answer same, and that after due proceedings had, that there be a judgment herein in favor of Plaintiff and against Defendant herein finding said Defendant liable for the full amount of Plaintiff's and all others' damages, and all costs and attorneys' fees together with legal interest from the date of judicial demand until paid. ~~Plaintiff requests a jury trial.~~

Respectfully submitted:

Roberto Luis Costales (#33696)
William H. Beaumont (#33005)
Jonathan M. Kirkland (#37937)
BEAUMONT COSTALES LLC
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
Facsimile: (504) 272-2956
*Attorneys for Plaintiff*

**PLEASE SERVE:**

**CHARMING CHARLIE, LLC**
via its registered agent:

Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

3



FILED
JUN 14 2018
CLERKS OFFICE
CIVIL DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 2018-04467    DIVISION "J"    SECTION: 15

APRIL BRINKMAN

v.

CHARMING CHARLIE, LLC

FILED: _____    DEPUTY CLERK

*(overlay from clerk receipt:)*
CHELSEY RICHARD NAPOLEON, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112

Receipt Date    6/15/2018 9:48:00 AM
Receipt Number  699505
Cashier         ehankston
Register        CDCCASH1

Grand Total          $10.00
Amount Received      $10.00
Balance Due          $0.00
Over Payment         $0.00

Payment/Transaction List

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Fax Fees | $10.00 | $10.00 | $0.00 |

### EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND BY DEFENDANT, CHARMING CHARLIE, LLC

NOW INTO COURT, through undersigned counsel, comes Defendant, Charming Charlie, LLC ("Charming Charlie"), who respectfully moves this Court for an additional thirty (30) days from the signing of this Order, to file responsive pleadings to the Plaintiff's Petition for Damages.

Respectfully submitted,

Raymond C. Lewis (#31236)
rlewis@deutschkerrigan.com
Victor M. Jones (#34937)
vjones@deutschkerrigan.com
**DEUTSCH KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
Telephone: 504 593 0697
Facsimile: 504 566 4077
Attorneys for Defendant, Charming Charlie, LLC

### CERTIFICATE OF SERVICE

I hereby certify that this pleading has been served on all counsel of record, , by e-mail, by telefacsimile, or by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 16th day of June, 2018.

VICTOR M. JONES

VERIFIED
Don Dre Spilla
6/25/18

VERIFIED
6/15/2018

7674937v1



CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 2018-04467          DIVISION "J"          SECTION: 15

APRIL BRINKMAN

v.

CHARMING CHARLIE, LLC

FILED: _____     _____
                                    DEPUTY CLERK

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that Defendant, Charming Charlie, LLC, be granted an additional thirty (30) days from the date of signing of this Order, until and including the _____ day of _____, 2018, to file responsive pleadings to Plaintiff's Petition for Damages.

New Orleans, Louisiana, this _____ day of **JUN 1 5 2018** _____, 2018.

~~HONORABLE D. NICOLE SHEPPARD~~
~~JUDGE, DIVISION "J"~~

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

APPROVED

VERIFIED

6/23/18

2

7674937v1