UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **APRIL BRINKMAN,**<br>    **Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-6377** |
| **CHARMING CHARLIE, LLC,**<br>    **Defendant** | **SECTION: "E" (1)** |

### ORDER

Plaintiff April Brinkman filed a Notice of Voluntary Dismissal on July 23, 2018.[1] On July 25, 2018, the Court entered an Order of Dismissal dismissing this matter without prejudice.[2] The Court noted in the Order of Dismissal that the voluntary dismissal was the result of a settlement between the parties.[3] Having been notified that the voluntary dismissal was not the result of a settlement;

**IT IS ORDERED** that the Court's Order entered on July 25, 2018,[4] is hereby **VACATED**.

**IT IS FURTHER ORDERED** that this action be and is hereby dismissed as to all parties without prejudice.

**New Orleans, Louisiana, this 30th day of July, 2018.**

*Susie Morgan*
    **SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 12.
[2] R. Doc. 13.
[3] *Id.*
[4] *Id.*